AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Texas

AMARILLO DIVISION

ALVIN JOSEPH,

        Plaintiff,

   V.

JOHN E. POTTER Postmaster General,
U.S. Postal Service,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:04-CV-0313-J

NORTHERN DISTRICT OF TEXAS
FILED
MAY 1 3 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

U. S. Attorney
Civil Process Clerk
500 South Taylor Street, #300
Lobby Box 238
Amarillo, TX 79101-2442

d required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alvin Joseph
603 Arnold Pl.
Amarillo, TX 79107-3018
(806) 381-7062

you with this summons, within _____60_____ days after service
service. If you fail to do so, judgment by default will be taken against you
answer that you serve on the parties to this action must be filed with the
if time after service.

CLERK OF COURT

CLERK _____ /s/ Penny Hinton

(By) DEPUTY CLERK

DATE  MAR 2 1 2005

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney
Civil Process Clerk
500 S. Taylor St., #300
Lobby Box 238
Amarillo, TX. 79101-2442

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X /s/ R. Taylor   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)  R. Taylor    C. Date of Delivery 3/22/05
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7004 0750 0004 4594 0827

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540