≜AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern  District of  Texas

**NORTHERN DISTRICT OF TEXAS**
**FILED**
**MAY 1 3 2005**
CLERK, U.S. DISTRICT COURT
By _____ Deputy

AMARILLO DIVISION

ALVIN JOSEPH,
        Plaintiff,

V.

JOHN E. POTTER  Postmaster General,
U.S. Postal Service,
        Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:04-CV-0313-J

Albert Gonzales, U.S. Attorney General
Department of Justice
Constitution Avenue & 10th Street NW
Room B112
Washington, D.C. 20530

required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alvin Joseph
603 Arnold Pl.
Amarillo, TX 79107-3018
(806) 381-7062

ou with this summons, within _____60_____ days after service
service. If you fail to do so, judgment by default will be taken against you
answer that you serve on the parties to this action must be filed with the
f time after service.

[Return receipt card attached showing:
SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to: Albert Gonzales, US Attorney General, Department of Justice, Constitution Ave + 10th St NW, Room B112, Washington, D.C. 20530

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1?
3. Service Type: ☒ Certified Mail
4. Restricted Delivery? (Extra Fee) ☐ Yes
2. Article Number: 7004 0750 0004 4594 0834
PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540]

CLERK OF COURT

CLERK  [signature] Penny Henton
(By) DEPUTY CLERK

DATE  MAR 2 1 2005