%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern _____ District of _____

AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 1 3 2005
Texas
CLERK, U.S. DISTRICT COURT
By _____
Deputy

ALVIN JOSEPH,
        Plaintiff,

V.

JOHN E. POTTER  Postmaster General,
U.S. Postal Service,

SUMMONS IN A CIVIL CASE

CASE NUMBER:  2:04-CV-0313-J

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Honorable John E. Potter
Postmaster General
U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, D.C. 20260-1000

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _L Sub_  ☐ Agent ☐ Addressee
B. Received by (Printed Name): L Sub
C. Date of Delivery: 3/24/05
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label):
7004 0750 0004 4594 0841

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

The Honorable John E. Potter
Postmaster General
U. S. Postal Service
475 L'Enfant Plaza, SW
Washington, D.C. 20260-1000

required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alvin Joseph
603 Arnold Pl.
Amarillo, TX 79107-3018
(806) 381-7062

ou with this summons, within _____60_____ days after service
service. If you fail to do so, judgment by default will be taken against you
answer that you serve on the parties to this action must be filed with the
f time after service.

CLERK OF COURT

CLERK _Penny Hunter_ (signature)

(By) DEPUTY CLERK

DATE  MAR 2 1 2005